HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org
Attorney for Defendant
DAISY GUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAISY GUIZAR,<br><br>Defendant. | Case No. Cr. S. 2:23-CR-00128-DJC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISION;<br><br>Hon. Daniel J. Calabretta |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Ms. Guizar for the reasons set forth in her unopposed Motion.

Dated: March 10, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE